■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELESANO JOHN TROIANI, Appellant.— Appeal by defendant from an order of the County Court, Queens County, dated January 19, 1961, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court rendered February 3, 1954, convicting him, after a jury trial, of grand larceny in the first degree and possession of a dangerous weapon as a misdemeanor, and sentencing him to serve a term of 5 to 10 years on the larceny count and suspending sentence

**1034**

on the dangerous weapon count. Order affirmed (*People* v. *Oddo*, 300 N. Y. 649; *People* v. *Fanning*, 300 N. Y. 593; *People* v. *McElroy*, 11 A D 2d 556). Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.